IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>PATRICK LAWRENCE HENDERSON,<br><br>Defendant. | CR-09-74-GF-BMM<br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 8, 2023. (Doc. 97.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 7, 2023. (Doc. 93.) The United States accused Patrick Henderson, (Henderson) of violating his conditions of supervised release 1) by failing to notify his probation officer of a change in residence; and 2) by failing to comply with the terms of his home confinement. (Doc. 89.)

At the revocation hearing, Henderson admitted that he had violated the terms of his supervised release 1) by failing to notify his probation officer of a change in residence; and 2) by failing to comply with the terms of his home confinement. (Doc. 93)  The Court finds that the violations prove serious and warrants revocation of Henderson's supervised release and recommended a custodial sentence of time served, with no supervised release to follow. (Doc. 97.) Williams was advised of his right to appeal and his right to allocute before the undersigned. He waived those rights. (Doc. 93.)  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 97) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Patrick Lawrence Henderson be sentenced to the Bureau of Prisons for a sentence of time served, with no supervised release to follow.

DATED this 8th day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court